**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000447
21-MAR-2023
08:00 AM
Dkt. 71 OAWST**

NO. CAAP-21-0000447

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LULU'S GROUP LIMITED, PARTNERSHIP,
Plaintiff/Counterclaim Defendant-Appellant,

vs.

MARK KASCHUBE,
Defendant/Counterclaimant Plaintiff-Appellee,

and

DOE DEFENDANTS 1-25,
Defendant/Counterclaim Defendant-Appellee,

and

MARK KASCHUBE,
Third-Party Plaintiff-Appellee,

vs.

GUAVA JELLY, INCORPORATED; MICHAEL G. KASCHUBE,
Third-Party Defendants-Appellants,

and

UNKNOWN LIMITED PARTNERS OF LULU'S GROUP LIMITED
PARTNERSHIP 1-10; UNKNOWN GENERAL PARTNERS OF LULU'S
GROUP LIMITED PARTNERSHIP 1-10; UNKNOWN OFFICERS OF
GUAVA JELLY, INCORPORATED 1-10; UNKNOWN DIRECTORS OF
GUAVA JELLY, INCORPORATED 1-10; JOHN DOES 1-10; JANE DOES
1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE LIMITED
LIABILITY COMPANIES 1-10; DOE JOINT VENTURES 1-10; DOE
GOVERNMENTAL ENTITIES 1-10; and DOE DEFENDANTS 1-10,

Third-Party Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1545)

ORDER APPROVING THE MARCH 15, 2023
STIPULATED DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the Stipulated Dismissal of Appeal With Prejudice (**Stipulated Dismissal**) filed March 15, 2023, by Defendant/Counterclaimant/Third-Party Plaintiff-Appellee Mark Kaschube, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulated Dismissal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, March 21, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge